# Iberville Parish Recording Page

**Amy Matirne Patin**
**CLERK OF COURT**
P.O. BOX 423
Plaquemine, LA 70765
(225) 687-5160

**First MORTGAGOR**
WILEY, GEORGE JR

**First MORTGAGEE**
INVESTAR BANK

**Index Type :** MORTGAGE

**Type of Document :** MORTGAGE ASSIGNMENT

**File # :** 35187

**Book :** 717     **Entry :** 58

**Recording Pages :**   2

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Iberville Parish, Louisiana.

On (Recorded Date) : 03/21/2023

At (Recorded Time) : 9:58:58AM

Doc ID - 002984990002

CLERK OF COURT
AMY MATIRNE PATIN
Parish of Iberville
I certify that this is a true copy of the attached document that was filed for registry and Recorded 03/21/2023 at 9:58:58
Recorded in Book 717  Page  58
File Number   35187

*[signature]*
Deputy Clerk

Do not Detach this Recording Page from Original Document

Prepared by:
Kizer, Hood & Morgan, L.L.P.
2111 Quail Run Drive
Baton Rouge, LA 70808
MIN: {1008542-0000000608-1}
MERS Phone: (888) 679-6377

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for** Investar Bank, a Chartered Bank, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026, hereby assign and transfer to Investar Bank, National Association, 10500 Coursey Boulevard, Third Floor, Baton Rouge, Louisiana 70816, its successors and assigns, all its right, title and interest in and to:

The Mortgage dated APRIL 26, 2017, executed by GEORGE WILEY, JR., a single man, in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Investar Bank, a Chartered Bank, its successors and assigns, recorded on May 3, 2017 as Book 604, Entry 89, File #6442 in the office of the Clerk and Recorder for the Parish of IBERVILLE, State of LOUISIANA, and covers the following described real property and all improvements:

One certain lot or parcel of ground, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of Iberville, Louisiana and being designated as LOT NUMBER TWENTY-FIVE-A (25-A), Square 2, of Dupont's Annex on that map entitled, "Map showing survey of Lots 21-A, 23-A, and 25-A, Dupont's Annex, located in Section 15, T9S, R12E, S.E.L.D., Parish of Iberville, Louisiana, for E. Jacob Construction, Inc." dated June 14, 2004 and prepared by R.L. Bennett Engineer and Surveyor, Inc. a copy of which map is filed in the official records of Iberville Parish, State of Louisiana, at Book 561, Entry 54.

Signed on the 2nd day of March 2023.

Mortgage Electronic Registration Systems, Inc. ("MERS")

BY: _____
Todd Ezell, Signing Officer

State of Louisiana
Parish of East Baton Rouge

On this 2nd day of March, 2023, before me, a Notary Public, in and for said parish, personally appeared TODD EZELL, to me personally known, who being by me duly sworn did say that he is the Signing Officer of Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for Investar Bank, its successors and assigns, and that the within instrument was signed on behalf of said corporation by authority of its Board of Directors, and that they acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, executed for the uses and purposes set forth.

In testimony whereof, I have hereunto set my hand and official seal this 2nd day of March 2023.

_____
Notary Public
(Seal)



State of Louisiana - Notary Public
Katie Gravois Plaisance
Bar Roll Number 34566
Commission No. 133616
My Commission Expires At Death