UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

GEORGE WILEY, JR.                                                 CASE NO. 23-10863

    DEBTOR                                                      CHAPTER 7

**ORDER**

Considering the Motion for Relief from the Automatic Stay and for "In Rem" Relief (P-35) filed by Investar Bank, National Association, the hearing scheduled and noticed for March 20, 2024, the lack of opposition filed by the Debtor, and applicable law:

**IT IS ORDERED** that the automatic stay imposed by 11 U.S.C. §362(a) is terminated in favor of Investar Bank, National Association to exercise its state law rights against the following property ("Property"):

One certain lot or parcel of ground, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in anywise appertaining, situated in the Parish of Iberville, Louisiana and being designated as LOT NUMBER TWENTY-FIVE-A (25-A), Square 2, of Dupont's Annex on that map entitled, "Map showing survey of Lots 21-A, 23-A, and 25_A, Dupont's Annex, located in Section 15, T9S, R12E, S.E.L.D., Parish of Iberville, Louisiana, for E. Jacob Construction, Inc." dated June 14, 2004 and prepared by R.L. Bennett Engineer and Surveyor, Inc. a copy of which map is filed in the official records of Iberville Parish, State of Louisiana, at Book 561, Entry 54.

**IT IS FURTHER ORDERED** that given the serial filings by the Debtor, the termination of the automatic stay provides *in rem* relief that shall follow the Property regardless of the owner pursuant to 11 U.S.C. §362(d)(4)(B).

**IT IS FURTHER ORDERED** that that the waiting period provided in Bankruptcy Rule 4001(a)(3) is waived, making this order executory immediately upon entry.

Baton Rouge, Louisiana, March 21, 2024.

**s/ Michael A. Crawford**
MICHAEL A. CRAWFORD
UNITED STATES BANKRUPTCY JUDGE
